**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00269-CV

### ANTHONY SHAWN MATSON, Appellant

### V.

### CYNTHIA MATTHEWS, SILVER EAGLE TOWING D/B/A SILVER EAGLE TOWLING AND HOUSTON AUTO STORAGE, Appellees

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1084876**

### M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed January 10, 2017. On August 1, 2017, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.